No. 85–1459.   POWELL *v.* POWELL.   Appeal from Ct. App. Tex., 10th Sup. Jud. Dist., dismissed for want of substantial federal question.   JUSTICE WHITE would postpone further consideration of question of jurisdiction to a hearing of the case on the merits.

No. 85–1754.   BOBER ET AL. *v.* WALGREEN CO. ET AL.   Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.   JUSTICE BRENNAN would note probable jurisdiction and set case for oral argument.   JUSTICE WHITE took no part in the consideration or decision of this case.

No. 85–279.   AMERICAN PETROFINA COMPANY OF TEXAS *v.* OIL, CHEMICAL & ATOMIC WORKERS INTERNATIONAL UNION LOCAL NO. 4–23 ET AL.   C. A. 5th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *AT&T Technologies, Inc.* v. *Communications Workers*, 475 U. S. 643 (1986).

No. — – ——.   COMSIA *v.* MORRIS, JUDGE.   Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

No. A–925 (85–1962).   RIDDICK ET AL. *v.* SCHOOL BOARD OF CITY OF NORFOLK ET AL.   C. A. 4th Cir.   Application for an injunction, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   JUSTICE MARSHALL and JUSTICE BLACKMUN would grant the application.   JUSTICE STEVENS would expedite consideration of the petition for writ of certiorari and postpone action on the application pending such consideration.

No. A–934 (85–7008).   LESKO *v.* PENNSYLVANIA.   Sup. Ct. Pa. Application for stay of execution of sentence of death, presented to JUSTICE BRENNAN, and by him referred to the Court, is granted pending the disposition of the petition for writ of certiorari.

No. 84–1904.   UNITED STATES DEPARTMENT OF THE TREASURY, BUREAU OF ALCOHOL, TOBACCO AND FIREARMS *v.* GALIOTO. D. C. N. J.   [Probable jurisdiction noted, 474 U. S. 943.]   Motion of the Solicitor General for leave to file a supplemental brief after argument granted.